UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBORAH GLAESER** ) | **CIVIL ACTION NO.** |
|    Plaintiff ) | **3:11-CV-00301-MRK** |
| ) | |
| v. ) | |
| ) | |
| **NCO FINANCIAL SYSTEMS, INC., JOHN** ) | |
| **DOE #1 a/k/a WILL MACKIE, & JOHN** ) | |
| **DOE #2 a/k/a MR. STATZWORTH** ) | |
|    Defendants ) | **JUNE 6, 2011** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiff, Deborah Glaeser, through her attorney, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFF, DEBORAH GLAESER**

By: /s/Daniel S. Blinn_____
   Daniel S. Blinn, Fed Bar No. ct02188
   Matthew W. Graeber, Fed Bar No. ct27545
   dblinn@consumerlawgroup.com
   Consumer Law Group, LLC
   35 Cold Spring Rd., Suite 512
   Rocky Hill, CT  06067
   Tel. (860) 571-0408; Fax (860) 571-7457

## **CERTIFICATION**

     I hereby certify that on this 6th day of June, 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                        /s/Daniel S. Blinn
                                        Daniel S. Blinn